IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DISABILITY RIGHTS RHODE ISLAND, | ) ) ) | |
| Plaintiff | ) ) | Case: No. 1:22-cv-00304-MSM-PAS |
| v. | ) ) | |
| RICHARD CHAREST, in his official capacity as Director of THE RHODE ISLAND  DEPARTMENT OF BEHAVIORAL HEALTHCARE, DEVELOPMENTAL DISABILITIES & HOSPITALS, | ) ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

_____

<u>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Disability Rights Rhode Island, Inc., 33 Broad St., Suite 601, Providence, RI 02903 hereby makes the following disclosures:

Plaintiff is a domestic non-profit corporation registered in the State of Rhode Island. Plaintiff has no parent corporations and no other public corporation owns stock in the corporation.  Plaintiff is unaware of any publicly held entity with a direct financial interest in the outcome of the instant litigation.

This 22nd day of August, 2022.                    Respectfully submitted,


                                        /s/ Brian Adae_____
                                        Brian Adae, R.I. State Bar No. 2536
                                        badae@drri.org
                                        *Attorney for Plaintiff*
                                        DISABILITY RIGHTS RHODE ISLAND
                                        33 Broad Street, Suite 601
                                        Providence, RI 02903
                                        Phone: (401) 831-3150
                                        Fax: (401) 274-5568


                                        /s/ Kristine L. Sullivan_____
                                        Kristine L. Sullivan (NC Bar No. 35595)

*Pro Hac Vice*
DISABILITY RIGHTS RHODE ISLAND
33 Broad Street, Suite 601
Providence, RI 02903
Phone: (401) 831-3150
Fax: (401) 274-5568
Email: ksullivan@drri.org

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022 the foregoing PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT was filed with the United States District Court for the District of Rhode Island using the CM/ECF system and sent by E-Mail to the following recipients.  This statement will also be served with the Complaint and any subsequent filings prior to service of process.


/s/ Kristine L. Sullivan

Recipients:

Thomas J. Corrigan Jr.
EOHHS Legal Counsel
Department of Behavioral Healthcare,
Developmental Disabilities and Hospitals
14 Harrington Road (Barry Hall)
Cranston, RI  02920
(401) 462-1628
Thomas.Corrigan@ohhs.ri.gov

Kate Breslin Harden
Chief, Legal Division
Department of Behavioral Healthcare,
Developmental Disabilities and Hospitals
14 Harrington Road (Barry Hall)
Cranston, RI  02920
(401) 462-0593
Kate.BreslinHarden@bhddh.ri.gov

Richard Charest
Director
Department of Behavioral Healthcare,
Developmental Disabilities and Hospitals
14 Harrington Road (Barry Hall)
Cranston, RI  02920
(401) 462-2339
Richard.Charest@bhddh.ri.gov

3