IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
CIVIL ACTION NO. 1:22-cv-304

| | |
|---|---|
| DISABILITY RIGHTS RHODE ISLAND,    )<br>)<br>    Plaintiff    )<br>)<br>    v.    )<br>    )<br>RICHARD CHAREST, in his official    )<br>capacity as Director of    )<br>THE RHODE ISLAND    )<br> DEPARTMENT OF    )<br>BEHAVIORAL HEALTHCARE,    )<br>DEVELOPMENTAL DISABILITIES &    )<br>HOSPITALS,    )<br>)<br>    Defendant.    )<br>) | PROOF OF SERVICE<br>IN PERSON |

Now comes the undersigned counsel and declares under penalty of perjury:

1. On August 22, 2022, a copy of the Summons and Complaint were delivered by DRRI Investigator Ray Pignatore for personal service on Defendant Charest at his primary place of business, the Rhode Island Department of Behavioral Healthcare, Developmental Disabilities & Hospitals, 14 Harrington Road, Barry Hall, Cranston, RI 02920.

2. On August 22, 2022, Investigator Pignatore served the Summons and Complaint on Ms. Kate Breslin Hardin, Chief, Legal Division, R.I. Department of Behavioral Healthcare, Developmental Disabilities & Hospital, on behalf of Defendant, as reflected by Exhibit A, Investigator Pignatore's declaration.

This 23rd day of August, 2022.

                                                Respectfully submitted,

                                              /s/ Brian Adae
                                              Brian Adae (RI State Bar No. 2536)
                                              DISABILITY RIGHTS RHODE ISLAND
                                              33 Broad Street, Suite 601

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
CIVIL ACTION NO. 1:22-cv-304

Providence, RI 02903
Phone: (401) 831-3150
Fax: (401) 274-5568
Email: badae@drri.org

/s/ Kristine L. Sullivan
Kristine L. Sullivan (NC Bar No. 35595)
*Pro Hac Vice*
DISABILITY RIGHTS RHODE ISLAND
33 Broad Street, Suite 601
Providence, RI 02903
Phone: (401) 831-3150
Fax: (401) 274-5568
Email: ksullivan@drri.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
CIVIL ACTION NO. 1:22-cv-304

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, the foregoing PROOF OF SERVICE was filed with the United States District Court for the District of Rhode Island using the CM/ECF system and sent by e-mail to the following recipients.

/s/ Kristine L. Sullivan

Recipients:

Thomas J. Corrigan Jr.
EOHHS Legal Counsel
Department of Behavioral Healthcare,
Developmental Disabilities & Hospitals
14 Harrington Road (Barry Hall)
Cranston, RI 02920
(401) 462-1628
Thomas.Corrigan@ohhs.ri.gov

Kate Breslin Harden
Chief, Legal Division
Department of Behavioral Healthcare,
Developmental Disabilities & Hospitals
14 Harrington Road (Barry Hall)
Cranston, RI 02920
(401) 462-0593
Kate.BreslinHarden@bhddh.ri.gov

Richard Charest
Director
Department of Behavioral Healthcare,
Developmental Disabilities & Hospitals
14 Harrington Road (Barry Hall)
Cranston, RI 02920
(401) 462-2339
Richard.Charest@bhddh.ri.gov