AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**Exhibit A**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Richard Charest and BHDDH**
was received by me on *(date)* **8/22/2022**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **Summons served at Dir. Charest's office. Accepted by Kate Breslin Hardin, Chief, Legal Division.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/22/2022**

*Ray Pingatore*
Server's signature

**Ray Pingatore, Investigator**
Printed name and title

**33 Broad St, Suite 601
Providence, RI 02903**
Server's address

Additional information regarding attempted service, etc: