## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DISABILITY RIGHTS RHODE ISLAND,<br>   Plaintiff,<br><br>v.<br><br>RICHARD CHAREST, in his official<br>Capacity as Director of the RHODE ISLAND<br>DEPARTMENT OF BEHAVIORAL<br>HEALTHCARE, DEVELOPMENTAL<br>DISABILITIES & HOSPITALS<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 22-cv-00304-MSM-PAS<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

I, Etie-Lee Schaub, Special Assistant Attorney General, do hereby enter my appearance as counsel on behalf of Defendant, Richard Charest, in his official capacity as Director of the Rhode Island Department of Behavioral Healthcare, Developmental Disabilities & Hospitals ("Defendant") in the above-captioned case.

Respectfully Submitted,
Defendant,

By his Attorney,

**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Etie-Lee Z. Schaub*
_____
Etie-Lee Z. Schaub (#8783)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 | Ext. 2021
Fax: (401) 222-3016
eschaub@riag.ri.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the within document via the ECF filing system on September 2, 2022, and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to Plaintiff's counsel of record.

*/s/ Etie-Lee Z. Schaub*
_____