**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DISABILITY RIGHTS RHODE ISLAND,<br>　Plaintiff,<br><br>v.<br><br>RICHARD CHAREST, in his official<br>Capacity as Director of the RHODE ISLAND<br>DEPARTMENT OF BEHAVIORAL<br>HEALTHCARE, DEVELOPMENTAL<br>DISABILITIES & HOSPITALS<br>　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 22-cv-00304-MSM-PAS<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION TO EXTEND DEADLINES

Defendant Richard Charest, in his official capacity as Director of the Rhode Island Department of Behavioral Healthcare, Developmental Disabilities & Hospitals ("Defendant"), hereby files this assented to motion to extend the deadlines set forth in by this Honorable Court. The Defendant requests that:

1. A response to Plaintiff's Motion for Preliminary Injunction, presently due on or before September 8, 2022, be filed on or before **September 19, 2022.**

2. The Answer to Plaintiff's Complaint, presently due on or before September 12, 2022, be filed on or before **September 23, 2022.**

WHEREFORE, Defendant requests, and Plaintiff assents, this Honorable Court enter an Order amending the deadlines as outlined above.

Defendant,

By his attorney,

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Etie-Lee Z. Schaub*
_____
Etie-Lee Z. Schaub (#8783)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 | Ext. 2021
Fax: (401) 222-3016
eschaub@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF filing system on September 2, 2022, and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to Plaintiff's counsel of record.

*/s/ Etie-Lee Z. Schaub*