IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DISABILITY RIGHTS RHODE ISLAND,<br>   Plaintiff,<br><br>v.<br><br>RICHARD CHAREST, in his official<br>Capacity as Director of the RHODE ISLAND<br>DEPARTMENT OF BEHAVIORAL<br>HEALTHCARE, DEVELOPMENTAL<br>DISABILITIES & HOSPITALS<br>   Defendant. | C.A. No. 22-cv-00304-MSM-PAS |

**ASSENTED TO MOTION TO EXTEND THE TIME FOR THE STATE DEFENDANT
TO FILE HIS RESPONSE TO THE MOTION FOR PRELIMINARY INJUNCTION**

Now comes Defendant Richard Charest, in his official capacity as Director of the Rhode Island Department of Behavioral Healthcare, Developmental Disabilities & Hospitals ("State Defendant") and hereby moves to extend the time to respond to Plaintiff's Motion for a Preliminary Injunction (ECF 8) from September 19, 2022 to September 26, 2022.

Plaintiff's counsel has no objection and assents to this motion..

WHEREFORE, the State Defendant prays that this Motion is granted and that he have up to and including September 26, 2022 to file his response.

                                                                                     Respectfully submit,

                                                                                     Defendant,

                                                                                     RI BHDDH Director in his Official Capacity,

                                                                                     By his attorney,

                                                                                    /s/ Brenda D. Baum
                                                                                    Brenda D. Baum (5184)
                                                                                    Assistant Attorney General
                                                                                    R.I. Office of the Attorney General
                                                                                    150 South Main Street
                                                                                    Providence, RI 02903
                                                                                    (401) 274-4400 ext. 2294
                                                                                    Fax (401) 222-2995
                                                                                    bbaum@riag.ri,gov

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the within document via the ECF filing system on this 16th day of September, 2022 and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to Plaintiff's counsel.

/s/ Brenda D. Baum