IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DISABILITY RIGHTS RHODE ISLAND,<br>    Plaintiff,<br><br>v.<br><br>RICHARD CHAREST, in his official<br>Capacity as Director of the RHODE ISLAND<br>DEPARTMENT OF BEHAVIORAL<br>HEALTHCARE, DEVELOPMENTAL<br>DISABILITIES & HOSPITALS<br>    Defendant. | C.A. No. 1:22-cv-00304-MSM-PAS |

**<u>DISMISSAL STIPULATION</u>**

By agreement of the parties, this matter may be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties acknowledge that:

1. Plaintiff Disability Rights Rhode Island ("DRRI") is currently the designated PAIMI (Protection and Advocacy for Individuals with Mental Illness Act) entity in Rhode Island.

2. In its capacity as a PAIMI entity, DRRI having made its determination of probable cause, requested records from BHDDH relating to a specific individual (the "patient"), including two (2) documents that were generated as a result of Eleanor Slater Hospital's peer-review process.

3. After the filing of this lawsuit, portions of the two (2) documents generated by an Eleanor Slater Hospital peer-review committee, that mentioned the patient, were produced to DRRI. The parties recognize that these two (2) documents are covered by

the State peer-review privilege; however, the parties agree that precedent from some Federal jurisdictions, not including the First Circuit Court of Appeals, support that:

a. peer review reports fall within 42 U.S.C. § 10805(a)(4) granting the PAIMI entity access to client records, including those that are generated during the peer-review process;

b. state law does not bar disclosure of peer review reports that fall within 42 U.S.C. § 10805(a)(4) to a designated PAIMI entity for investigative purposes prior to any litigation or discovery process; and

c. 42 U.S.C. § 10805(a)(4) preempted state law concerning peer-review privilege prior to any litigation or discovery process.

The parties agree that they shall bear their own attorneys' fees and costs.

This 14th day of October, 2022.

Respectfully submitted,

/s/ Brian Adae
Brian Adae (RI State Bar No. 2536)
DISABILITY RIGHTS RHODE ISLAND
33 Broad Street, Suite 601
Providence, RI 02903
Phone: (401) 831-3150
Fax: (401) 274-5568
Email: badae@drri.org

/s/ Kristine L. Sullivan
Kristine L. Sullivan (NC Bar No. 35595)
*Pro Hac Vice*
DISABILITY RIGHTS RHODE ISLAND
33 Broad Street, Suite 601
Providence, RI 02903
Phone: (401) 831-3150
Fax: (401) 274-5568
Email: ksullivan@drri.org

/s/ Etie-Lee Z. Schaub
Etie-Lee Z. Schaub (#8783)
Special Assistant Attorney General
R.I. Office of the Attorney General
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400 Ext. 2021
Fax: (401) 222-3016
eschaub@riag.ri.gov

/s/ Brenda D. Baum
Brenda D. Baum (#5184)
Assistant Attorney General
R.I. Office of the Attorney General
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400 Ext. 2294
Fax: (401) 222-3016
bbaum@riag.ri.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, the foregoing DISMISSAL STIPULATION was filed with the United States District Court for the District of Rhode Island using the CM/ECF system, and that a copy is available for viewing and downloading.

/s/ Kristine L. Sullivan